|   |   |
|---|---|
| 1 | **THE AGUILERA LAW GROUP, APLC** |
| 2 | A. Eric Aguilera (SBN 192390) |
|   | Kari M. Myron (SBN 158592) |
| 3 | Daniel E. Eli (SBN 192019) |
|   | Seaton Tsai (SBN 271408) |
| 4 | 650 Town Center Drive, Suite 100 |
| 5 | Costa Mesa, CA 92626 |
|   | T: 714-384-6600 / F: 714-384-6601 |
| 6 | eaguilera@aguileragroup.com |
|   | kmyron@aguileragroup.com |
| 7 | delei@aguileragroup.com |
| 8 | stsai@aguileragroup.com |

*Attorneys for Plaintiffs*, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA MONICA INVESTMENTS, LLC, a California Limited Liability Company; JOSEPH HASSIC, an individual; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 2:16-cv-02674-TJH (AJWx)<br>Assigned to Judge Terry J. Hatter, Jr.<br><br>**ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A) [JS-6]** |

1

2:16-cv-02675-TJH-AJW
ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES OF RECORD AND THEIR** |
| 2 | **ATTORNEYS HEREIN:** |
| 3 | The Court, having taken Plaintiff's Notice of Dismissal Without |
| 4 | Prejudice under submission, hereby dismiss this case without prejudice. |
| 5 | Each party shall bear its own fees and costs. |

Dated: July 25, 2016

*/s/ Terry J. Hatter, Jr.*

Judge Terry J. Hatter, Jr.
United States District Judge

2

2:16-cv-02675-TJH-AJW
ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)